**Opinion issued January 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00807-CV

———————————

## DB WEBSTER LTD., Appellant

## V.

## GIBRALTAR FINANCE & MORTGAGE INC., Appellee

---

### On Appeal from the 333rd District Court
### Harris County, Texas
### Trial Court Case No. 2023-84196

---

### MEMORANDUM OPINION

Appellant, DB Webster Ltd., filed a notice of appeal from the trial court's September 24, 2024 order denying appellant's Application for Bill of Review. On January 3, 2025, appellant filed a "Motion to Dismiss Appeal." In its motion, appellant stated that on October 24, 2024, the trial court entered an order voiding the

September 24, 2024 order challenged on appeal, rendering the appeal moot. Appellant therefore requested that the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating whether appellee, Gibraltar Finance & Mortgage Inc., is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days has passed and appellee has not responded to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.